UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| AGNES MOORE<br><br>Plaintiff<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION<br><br>and<br><br>THIEBLOT, RYAN & MILLER, P.A.<br><br>and<br><br>ANTHONY RYAN<br><br>Defendants | Civil Action No.: 01-CV-2772 |

**FILED**
U.S. DISTRICT COURT
2001 NOV -1  P 3:07
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

### ORDER

Upon the aforegoing Motion to Dismiss Counts II, III, IV and V against Defendants, Thieblot, Ryan & Miller, P.A. and Anthony Ryan, and the Consent of Plaintiff to the dismissal of those Counts, it is this ___1st___ day of ___Nov.___, 2001, by the undersigned, one of the Judges of the United States District Court for the District of Maryland – Northern District, hereby:

**ORDERED**, that Counts II, III, IV and V in Plaintiff's Complaint in the above captioned matter are hereby, **DISMISSED WITH PREJUDICE**.

_____
J. Frederick Motz
United States District Judge

J:\10806\MOTION\ORDER

- 2 -

Copies to:

Shirlie Norris Lake
Eric M. Rosenfeld
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, MD 21202
(410) 752-7474
*Attorneys for Defendants, Thieblot, Ryan & Miller, P.A. and Anthony Ryan*


Adam T. Sampson
Richard M. Barnes
Goodell, DeVries, Leech and Dann, LLP
One South Street
20th Floor
Baltimore, Maryland 21202
*Attorneys for Defendant, Nissan Motor Acceptance Corporation*


Michael L. Freilich
305 West Chesapeake Avenue, Suite 117
Towson, Maryland 21204
(410) 321-0040
*Attorney for Plaintiffs*